133 F.3d 910
 Gordon Roberts
v.
William R. Toal, III, Assistant District Attorney, Delaware
County District Attorney's Office, Delaware County Sheriff
Department, Ray Cain, Delaware County Police Officer, Sharon
Hill Police Department, Darby Borough, Borough of Sharon
Hill, Herb King, Detective, Paul Corsi, Detective, Delaware
County Criminal Investigation Division, William H. Ryan,
Jr., District Attorney of Delaware County, County Council of
Delaware County, Mary Ann Atry, Ward
 NO. 97-1183
 United States Court of Appeals,
Third Circuit.
 Nov 14, 1997
 
 Appeal From: E.D.Pa. ,94cv00608No. ,
 Rendell, J.
 
 
 1
 Affirmed.